John Meyer, MT Bar #11206
Cottonwood Environmental Law Center
24 S. Wilson Avenue, Suites 6-7
Bozeman, MT 59715
(406) 587-5800
John@Cottonwoodlaw.org

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, | ) ) |
| Plaintiff, | ) Cause No. CV-15-27-BU-BMM ) ) |
| vs. | ) ) |
| UNITED STATES FOREST SERVICE; *et al.*, | ) PRELIMINARY INJUNCTION ) APPEAL ) |
| Defendants | ) ) |
| HELLE LIVESTOCK, *et al.*, | ) ) |
| Defendant-Intervenors | ) ) |

Pursuant to Federal Rule of Appellant Procedure 3 and Ninth Circuit Rule 3-3, notice is hereby given that Gallatin Wildlife Association, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order denying plaintiff's motion for a preliminary injunction entered into this action on July 10, 2015.

Respectfully submitted this 13th Day of July, 2015.

/s/ John Meyer
JOHN MEYER
Cottonwood Envt'l Law Center
24 South Wilson Ave. Suite 7
Bozeman, MT 59715
John@cottonwoodlaw.org
(406) 587-5800

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 13th, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which will be served on the following CM/ECF registrants

John Tustin
Natural Resources Section
P.O. Box 7611
Washington D.C. 20044-7611

Attorney for Defendants

Robert T Cameron
Dana L Hupp
GOUGH, SHANAHAN, JOHNSON
    & WATERMAN, PLLP
33 S. Last Chance Gulch
Helena, MT 59601
Phone: (406) 442-8560

*Attorneys for Defendant-Intervenors*