FILED

JUL 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, | No. 15-35576 |
| Plaintiff - Appellant, | D.C. No. 2:15-cv-00027-BMM District of Montana, Butte |
| v. | |
| UNITED STATES FOREST SERVICE; et al., | ORDER |
| Defendants - Appellees, | |
| and | |
| HELLE LIVESTOCK, a partnership; et al., | |
| Intervenor/Defendants - Appellees. | |

Before: SCHROEDER and KOZINSKI, Circuit Judges.

This is a preliminary injunction appeal.

Appellant's emergency motion for injunctive relief pending this preliminary injunction appeal is denied. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

The briefing schedule established previously remains in effect.

AS/MOATT