# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, | Case No. 2:15-cv-00027-BU-BMM |
| Plaintiff, | |
| v. | ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO STAY PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [ECF No. 161] |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Federal Defendants. | |

After consideration of Federal Defendants' unopposed motion to stay briefing on Plaintiffs WildEarth Guardians and Western Watershed Project's motion for attorneys' fees and expenses under the Equal Access to Justice Act, ECF No. 161, the Court enters the following order:

1. Federal Defendants' unopposed motion is granted.

2. The parties shall file a status report on or before January 27, 2017.

DATED this 9th day of January, 2017.

_____
Brian Morris
United States District Court Judge