# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, | CV-15-00027-BU-BMM |
| Plaintiff, | |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | SCHEDULING ORDER |
| Federal Defendants. | |

After consideration of the Parties' Joint Status Report, the Court enters the following scheduling order for Plaintiffs' motions for attorneys' fees and expenses under the Equal Access to Justice Act:

| 14 days after entry of this Order | Deadline for service of discovery regarding Plaintiffs' claim for attorneys' fees and expenses. |
|---|---|
| 30 days thereafter | Discovery responses and/or objections due. |
| 21 days thereafter | Discovery motions due (if any). Motions shall be briefed in accordance with local rules. |

| 28 days after Court rules on all discovery motions or 28 days after Plaintiffs' responses and/or objections to Federal Defendants if no discovery motions are filed | Federal Defendants' response to Plaintiffs' motions (ECF Nos. 158 and 161) due (one combined response, limited to 13,000 words). |
|---|---|
| 14 days after Federal Defendants' response | Plaintiffs' reply briefs due. Replies are limited to 3,250 words each if separate briefs, or 6,500 words if combined. |

DATED this 13th day of February, 2017.

Brian Morris
United States District Court Judge