# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, | Case No. 2:15-cv-00027-BU-BMM |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Federal Defendants. | |

The parties having reached a settlement of the attorneys' fees issue and having filed a Joint Stipulation and Motion setting forth the terms of their settlement,

IT IS ORDERED that the motion is GRANTED, and the Court approves the Stipulation. The Court hereby VACATES the remaining deadlines in the February 13, 2017 Scheduling Order (ECF No. 168). The Court will prepare and enter a separate Judgment pursuant to Federal Rule of Civil Procedure 58.

DATED this 16th day of March, 2017.

_____
Brian Morris
United States District Court Judge