IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| GALLATIN WILDLIFE ASSOCIATION, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 15-cv-0027-BU-BMM |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| UNITED STATES FOREST SERVICE, et al.; | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

The parties filed a Joint Stipulation (ECF #170), agreeing to a resolution of the motions for attorneys' fees and costs. This Court's March 16, 2017 Order (ECF #171), included a provision that Plaintiffs would move to withdraw their motions for attorneys' fees and costs within 14 days of receiving payment of the settled fees. The Court grants Plaintiffs Gallatin Wildlife Association and Yellowstone Buffalo Foundation's unopposed motion to withdraw their previously filed motion for attorneys' fees and costs (ECF # 158).

DATED this 11th day of April, 2017.

Brian Morris
United States District Court Judge