UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al,<br>Defendants,<br><br>AND HELLE LIVESTOCK, a partnership; and REBISH/KONEN LIVESTOCK LIMITED PARTNERSHIP,<br>Defendant-Intervenors, and<br><br>MONTANA WOOL GROWERS ASSOCIATION and the AMERICAN SHEEP INDUSTRY,<br>Defendant-Intervenors | Case No. CV-15-027-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED the Federal Defendants' motion for summary judgment regarding its use of the coarse filter or habitat by proxy methodology is GRANTED in part as set out in the Court's Order of June 14, 2016.

Dated this 6th day of December, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk