# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>  Defendants,<br><br>and<br><br>HELLE LIVESTOCK, a partnership, and REBISH/KONEN LIVESTOCK LIMITED PARTNERSHIP,<br><br>  Defendant-Intervenors. | CV-15-27-BU-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Plaintiff's Motion for Injunction Pending Appeal (Doc. 178) on **March 7, 2018 at 10:30 a.m.** at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 23rd day of January, 2018.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge

1