UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION and YELLOWSTONE BUFFALO FOUNDATION,<br><br>        Plaintiffs - Appellants,<br><br> and<br><br>WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>        Defendants - Appellees,<br><br>HELLE LIVESTOCK, a partnership; et al.,<br><br>        Intervenor-Defendants - Appellees. | No. 16-35665<br><br>D.C. No. 2:15-cv-00027-BMM<br>U.S. District Court for Montana, Butte<br><br>**MANDATE** |

The judgment of this Court, entered July 20, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7