IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　　Defendants. | CV 15-27-BU-BMM<br><br>JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Final Judgment is entered in this matter pursuant to Federal Rule of Civil Procedure 54 and this action is dismissed.

Dated this 7th day of May, 2019.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Nicole Stephens
　　　　　　　　　　　　　　　Nicole Stephens, Deputy Clerk