John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT 59771
(406) 546-0149 | Phone
John@cottonwoodlaw.org

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION; YELLOWSTONE BUFFALO FOUNDATION,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00027-BU-BMM<br><br>PLAINTIFFS' NOTICE OF APPEAL |

PLEASE TAKE NOTICE that Plaintiffs Gallatin Wildlife Association and Yellowstone Buffalo Foundation, hereby appeal to the United States Court of Appeals for the Ninth Circuit this Court's May 7, 2019 "Order," ECF No. 209. Plaintiffs' appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(B).

Respectfully submitted on this 24th day of June, 2019.

/s/ John Meyer
JOHN MEYER
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT 59771
(406) 546-0149 | Phone
John@cottonwoodlaw.org

*Attorney for Plaintiffs*