John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT 59771
(406) 546-0149 | Phone
John@cottonwoodlaw.org

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION; YELLOWSTONE BUFFALO FOUNDATION,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00027-BU-BMM<br><br>PLAINTIFFS' REPRESENTATION STATEMENT |

The following identifies all parties to the action and the names, addresses, and telephone numbers of their respective counsel.

Counsel for Federal Defendants United States Forest Service and Leanne Marten, in her official capacity as Regional Forester of the Northern Region:

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044−7611
(202) 305−3022 (Tustin)
john.tustin@usdoj.gov

Counsel for Intervenor Defendants Helle Livestock Partnership and Rebish/Konen Livestock Limited Partnership:

DANA L. HUPP
Worden Thane P.C.
111 North Higgins, Suite 600
Missoula, MT 59806-4747
(406) 721-3400
dhupp@wordenthane.com

Counsel for Intervenor Defendants Montana Wool Growers Association and American Sheep Industry:

JAMES E. BROWN
The James Brown Law Office, PLLC
30 South Ewing Street, Suite 100
Helena, MT 59601-5704
(406) 449-7444
thunderdomelaw@gmail.com

      Counsel for Plaintiffs Gallatin Wildlife Association and Yellowstone

Buffalo Foundation:

JOHN MEYER
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT 59771
(406) 546-0149
john@cottonwoodlaw.org

Respectfully submitted on this 24th day of August, 2019.

                                      <u>/s/ John Meyer</u>
                                      JOHN MEYER

                                      *Attorney for Plaintiffs*